IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| JOSEPH W. HIGGINS, | ) | |
| | ) | |
| Petitioner, | ) | 8:16CV408 |
| | ) | |
| v. | ) | |
| | ) | |
| FEDERAL VETERAN HOSPITAL POLICE, VETERAN HOSPITAL MENTAL HEALTH, DISTRICT COURT OF DOUGLAS COUNTY, LINCOLN REGIONAL CENTER, MARY DOVORLH, Public Defender, and MARK FOXELL, Douglas County Cor-Rection, | ) ) ) ) ) ) ) ) | ORDER |
| | ) | |
| Respondents. | ) | |

Treating the Petitioner's letter (filing no. 18) as a motion,

IT IS ORDERED that the motion (filing no. 18) is denied.

DATED this 19th day of December, 2016.

BY THE COURT:

s/ *Richard G. Kopf*
Senior United States District Judge